In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00178-CR**
_____

**CHRISTOPHER MANUEL PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 5**
**Montgomery County, Texas**
**Trial Cause No. 18-329214**

**MEMORANDUM OPINION**

On February 16, 2018, the trial court sentenced Christopher Manuel Perez on a conviction for possession of marijuana. Perez filed a notice of appeal on May 1, 2018. The trial court signed a certification in which the court certified that this is a plea-bargain case and the defendant has no right of appeal. *See* Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's certification to the Court of Appeals. On May 3, 2018, we notified the parties that we would dismiss the appeal unless the appellant established grounds for continuing the appeal. No response has

1

been filed. Because the trial court's certification shows the defendant does not have the right of appeal, we must dismiss the appeal. *See* Tex. R. App. P. 25.2(d). Accordingly, we dismiss the appeal.

APPEAL DISMISSED.

_____
LEANNE JOHNSON
Justice

Submitted on June 12, 2018
Opinion Delivered June 13, 2018
Do Not Publish

Before McKeithen, C.J., Kreger and Johnson, JJ.

2